

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00535-CR

James Artie **SHAW,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8585
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The trial court imposed sentence in the underlying cause on August 10, 2017. The clerk's record filed in this appeal does not contain a timely filed motion for new trial.

On November 13, 2017, appellant filed a motion seeking to abate this appeal, asserting, "New information has come to light that false testimony may have been entered into the record by one of the State's witnesses." Appellant seeks the abatement to allow the trial court to hold a hearing and rule on appellant's motion for new trial. Appellant's motion does not, however, state a motion for new trial was timely filed and presented in the underlying cause or, assuming a motion was timely filed and presented, explain whether a hearing has been set on the motion to allow the trial court to rule on the motion within its plenary power. *See* TEX. R. APP. P. 21; *see also Williams v. State*, No. 02-17-00249-CR, 2017 WL 4819417, at *2 (Tex. App.—Fort Worth Oct. 26, 2017, no pet. h.) (not designated for publication) (noting "even motions based on newly discovered material evidence must be filed within thirty days of the trial court's imposition or suspension of sentence in open court"). Accordingly, the motion to abate is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court